UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARBUCKS CORPORATION, a corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMCOR PACKAGING DISTRIBUTION, a corporation; AMCOR PACKAGING (USA), INC., a corporation; and PALLETS UNLIMITED, LLC, a limited liability company,<br><br>　　　　　Defendants. | No. 2:13-cv-01754-GEB-CKD<br><br>**ORDER** |

　　　　　I am disqualifying myself as the judge to whom this case is assigned, pursuant to 28 U.S.C. § 455. All currently scheduled dates are vacated. The clerk should randomly reassign this case and make the appropriate adjustments.

　　　　　IT IS SO ORDERED.

　　Dated: September 24, 2013

　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　Senior United States District Judge

1