JOSHUA E. KIRSCH (179110)
GIBSON ROBB & LINDH LLP
201 Mission Street, Suite 2700
San Francisco, California  94105
Telephone:     (415) 348-6000
Facsimile:     (415) 348-6001
Email:         jkirsch@gibsonrobb.com

Attorneys for Plaintiff
STARBUCKS CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARBUCKS CORPORATION, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMCOR PACKAGING DISTRIBUTION, a corporation; AMCOR PACKAGING (USA), INC., a corporation; and PALLETS UNLIMITED, LLC, a limited liability company,<br><br>Defendants.<br>_____<br><br>AND ALL RELATED CROSS-ACTIONS<br>_____ | Case No.  2:13-cv-01754 WBS CKD<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR EXPERT DISCLOSURES**<br><br><br><br><br><br><br><br><br><br>Complaint Filed: August 23, 2013 |

IT IS HEREBY JOINTLY REQUESTED AND STIPULATED by and between all parties that the expert disclosure deadline of January 2, 2015, be extended to June 1, 2015, or sometime thereafter.

Joshua E. Kirsch, attests that approval from all counsel has been obtained in authorization of the submission of this document on their behalf.

**IT IS SO STIPULATED.**

Date:  December 11, 2014			GIBSON ROBB & LINDH LLP

/s/ JOSHUA E. KIRSCH
Joshua E. Kirsch, Esq.
jkirsch@gibsonrobb.com
Attorneys for Plaintiff
STARBUCKS CORPORATION

Date:  December 11, 2014			KIRKLAND & ELLIS LLP

/s/ MICHAEL JOHN SHIPLEY
Michael John Shipley, Esq.
mshipley@kirkland.com
Attorneys for Cross-Defendant
OZBURN-HESSEY LOGISTICS

Date:  December 11, 2014			JACKSON JENKINS RENSTROM LLP

/s/ JEFFREY P. WILSON
Peter Keith Renstrom, Esq.
John M. Marston, Esq.
Jeffrey P. Wilson, Esq.
jwilson@jrlaw.com
Attorneys for Attorneys for Defendant/Cross-Complainant and Cross-Defendant
PALLETS UNLIMITED

Date:  December 11, 2014			BORTON PETRINI, LLP

/s/ MANISH PARIKH
Manish Parikh, Esq.
mparikh@bortonpetrini.com
Attorneys for Defendants/Cross Claimants
AMCOR PACKAGING DISTRIBUTION
AND AMCOR PACKAGING (USA), INC.

/ / /

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR EXPERT DISCLOSURES
CASE NO.: 2:13-CV-01754-WBS-CKD; OUR FILE NO. 5721.09                    2

1   The scheduling order is modified only with respect to disclosure of experts, which shall be

2   made no later than June 1, 2015.

3   **IT IS SO ORDERED.**

4

5   Dated:  December 12, 2014

6   _____
    CAROLYN K. DELANEY
7   UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28