JOSHUA E. KIRSCH (179110)
GIBSON ROBB & LINDH LLP
201 Mission Street, Suite 2700
San Francisco, California  94105
Telephone:     (415) 348-6000
Facsimile:      (415) 348-6001
Email:           jkirsch@gibsonrobb.com

Attorneys for Plaintiff
STARBUCKS CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARBUCKS CORPORATION, a corporation,<br><br>            Plaintiff,<br><br>   v.<br><br>AMCOR PACKAGING DISTRIBUTION, a corporation; AMCOR PACKAGING (USA), INC., a corporation; and PALLETS UNLIMITED, LLC, a limited liability company,<br><br>            Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS | Case No.  2:13-cv-01754 WBS CKD<br><br>**STIPULATED REQUEST TO PERMIT PLAINTIFF STARBUCKS CORPORATION TO PARTICIPATE IN CROSS-DEFENDANT OZBURN-HESSEY LOGISTICS' HEARING ON MOTION TO DISMISS BY TELEPHONE AND [PROPOSED] ORDER THEREON**<br><br>Date:         January 12, 2015<br>Time:        2:00 p.m.<br>Courtroom:  5<br>Judge:       Hon. William B. Shubb<br><br>Complaint Filed: August 23, 2013 |

   Plaintiff STARBUCKS CORPORATION hereby requests that the Court issue an order permitting Plaintiff's counsel in this matter to attend the hearing on Cross-Defendant OZBURN-HESSEY LOGISTICS' Motion to Dismiss set for January 12, 2015 at 2:00 p.m. by telephone.

   The grounds for this request are that Plaintiff's counsel, Joshua E. Kirsch, is located in San Francisco, outside this District.  Plaintiff is not a moving or opposing party, and counsel can participate fully and meaningfully in the hearing by telephone. Joshua E. Kirsch can be reached via telephone at the following number on the day of the hearing: (415) 748-2914.

Joshua E. Kirsch, attests that approval from all counsel has been obtained in authorization of the submission of this document on their behalf.  The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

**IT IS SO STIPULATED.**

Date:  December 22, 2014                    GIBSON ROBB & LINDH LLP

/s/ JOSHUA E. KIRSCH, ESQ.
Joshua E. Kirsch, Esq.
jkirsch@gibsonrobb.com
Attorneys for Plaintiff
STARBUCKS CORPORATION

Date:  December 22, 2014                    KIRKLAND & ELLIS LLP

/s/ MICHAEL JOHN SHIPLEY, ESQ.
Michael John Shipley, Esq.
mshipley@kirkland.com
Attorneys for Cross-Defendant
OZBURN-HESSEY LOGISTICS

Date:  December 22, 2014                    JACKSON JENKINS RENSTROM LLP

/s/ JOHN M. MARSTON, ESQ.
Peter Keith Renstrom, Esq.
John M. Marston, Esq.
Jeffrey P. Wilson, Esq.
jwilson@jjrlaw.com
Attorneys for Attorneys for
Defendant/Cross-Complainant and
Cross-Defendant
PALLETS UNLIMITED

Date:  December 22, 2014                    BORTON PETRINI, LLP

/s/ MANISH PARIKH, ESQ.
Manish Parikh, Esq.
mparikh@bortonpetrini.com
Attorneys for Defendants/Cross Claimants
AMCOR PACKAGING DISTRIBUTION
AND AMCOR PACKAGING (USA), INC.

**IT IS SO ORDERED.**
Dated:  December 23, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST TO PERMIT PLAINTIFF STARBUCKS CORPORATION TO PARTICIPATE IN CROSS-DEFENDANT OZBURN-HESSEY LOGISTICS' HEARING ON MOTION TO DISMISS BY TELEPHONE AND [PROPOSED] ORDER THEREON
CASE NO.: 2:13-CV-01754-WBS-CKD; OUR FILE NO. 5721.09

2