MICHAEL J. SHIPLEY (SBN 233674)
michael.shipley@kirkland.com
DARIN T. BEFFA (SBN 248768)
darin.beffa@kirkland.com
DAVID A. KLEIN (SBN 273925)
david.klein@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California  90071
Telephone:  (213) 680-8400
Facsimile:  (213) 680-8500

Attorneys for Third-Party Defendant
OZBURN-HESSEY LOGISTICS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STARBUCKS CORPORATION, a corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>AMCOR PACKAGING DISTRIBUTION, et al.,<br><br>            Defendants.<br><br>AND RELATED CROSS-ACTIONS | NO. 2:13-CV-01754-WBS-CKD<br><br>Hon. William B. Shubb<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY DATES OF THE SCHEDULING ORDER**<br><br>Complaint Filed:  August 23, 2013 |

STIPULATION AND [PROPOSED] ORDER TO MODIFY DATES OF THE SCHEDULING ORDER – 1

Plaintiff Starbucks Corporation, Defendants and Cross-Claimants Amcor Packaging Distribution and Amcor Packaging (USA), Inc., Defendant, Cross-Claimant and Third-Party Plaintiff Pallets Unlimited, LLC, and Third-Party Defendant Ozburn-Hessey Logistics ("OHL") (collectively, the "parties"), by and through their respective counsel of record, stipulate as follows.

WHEREAS, on August 23, 2013, Plaintiff Starbucks Corporation filed its complaint against Defendants Amcor Packaging Distribution, Amcor Packaging (USA), Inc., and Pallets Unlimited, LLC;

WHEREAS, on January 29, 2014, the Court entered a Scheduling Order setting deadlines for the disclosure of experts, completion of expert and non-expert discovery, filing of all motions, except motions for continuances, temporary restraining orders, and other emergency applications, and setting the Final Pretrial Conference and trial dates;

WHEREAS, at the time the Scheduling Order was entered, OHL was not a party to this action;

WHEREAS, on July 22, 2014, Pallets Unlimited, LLC filed a third-party complaint against OHL;

WHEREAS, on November 5, 2014, the Court entered an order dismissing Pallets Unlimited's third-party complaint against OHL with leave to amend;

WHEREAS, on January 16, 2015, the Court entered an order granting in part and denying in part OHL's motion to dismiss Pallets Unlimited's first amended third-party complaint against OHL;

WHEREAS, on January 30, 2015, OHL filed its Answer to Pallets Unlimited's first amended third-party complaint;

WHEREAS, the parties other than OHL have been in this case for more than a year, with discovery ongoing; and

STIPULATION AND [PROPOSED] ORDER TO MODIFY DATES OF THE SCHEDULING ORDER – 2

WHEREAS, for the foregoing reasons, the parties agree that the Scheduling Order should be modified to provide OHL with sufficient time to fairly participate in discovery and file pre-trial motions.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel and subject to the Court's approval, that good cause has been shown and the Scheduling Order shall be modified as follows, subject to further modification upon a showing of good cause under Federal Rule of Civil Procedure 16(b).

<u>Discovery</u>: The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than September 1, 2015; with regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before October 12, 2015; all non-expert discovery, including depositions for preservation of testimony, shall be so conducted as to be completed by August 3, 2015; all expert discovery shall be so conducted as to be completed by November 2, 2015.

<u>Motion Hearing Schedule</u>: All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before December 23, 2015.

<u>Final Pretrial Conference</u>: The Final Pretrial Conference shall be set for **March 14, 2016 at 2:00 p.m.**

<u>Trial Setting</u>: The trial shall be set for **May 10, 2016 at 9:00 a.m.**

SO STIPULATED

DATED: February 20, 2015            KIRKLAND & ELLIS LLP

/s/ Michael J. Shipley
Michael J. Shipley
Attorneys for Third-Party Defendant
Ozburn-Hessey Logistics

DATED: February 20, 2015            GIBSON ROBB & LINDH LLP

STIPULATION AND [PROPOSED] ORDER TO MODIFY DATES OF THE SCHEDULING ORDER – 3

|   |   |
|---|---|
| 1 |   |
| 2 | /s/ Joshua E. Kirsch (as authorized on February 20, 2015) |
| 3 | Joshua E. Kirsch<br>Attorneys for Plaintiff |
| 4 | Starbucks Corporation |
| 5 |   |
| 6 | DATED: February   , 2015     JACKSON JENKINS RENSTROM LLP |
| 7 | /s/_____ |
| 8 | John M. Marston<br>Attorneys for Defendant, Cross-Claimant, and Third-Party Plaintiff |
| 9 | Pallets Unlimited, LLC |
| 10 | DATED: February   , 2015     BORTON PETRINI, LLP |
| 11 | /s/_____ |
| 12 | Manish Parikh<br>Attorneys for Defendants and Cross-Claimants Amcor Packaging Distribution |
| 13 | and Amcor Packaging (USA), Inc. |

**IT IS SO ORDERED.**

Dated:  February 24, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO MODIFY DATES OF THE SCHEDULING ORDER – 4

1 | Statement pursuant to Local Rule 131(e):

2 | Plaintiff's counsel, Joshua E. Kirsch, authorized submission of the foregoing document on his behalf on February 20, 2015

3 |

4 | DATED: February 20, 2015           /s/ Michael J. Shipley_____

STIPULATION AND [PROPOSED] ORDER TO MODIFY DATES OF THE SCHEDULING ORDER – 5

# CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2015, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will automatically send an e-mail notification of such filing to the attorneys of record who are registered CM/ECF users.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 20, 2015, at Los Angeles, California.

KIRKLAND & ELLIS LLP
By:    /s/ Michael J. Shipley
Michael J. Shipley
*Attorneys for Cross-Defendant*
*OZBURN-HESSEY LOGISTICS*

STIPULATION AND [PROPOSED] ORDER TO MODIFY DATES OF THE SCHEDULING ORDER – 6