| | |
|---|---|
| 1 | PETER K. RENSTROM (SBN 148459) |
| | peter@jjrlaw.com |
| 2 | JEFFREY P. WILSON (SBN 258027) |
| | jwilson@jjrlaw.com |
| 3 | THOMAS J. MOSES (SBN 116002) |
| | tmoses@jjrlaw.com |
| 4 | JACKSON JENKINS RENSTROM LLP |
| | 55 Francisco Street, Suite 410 |
| 5 | San Francisco, CA 94133 |
| | Tel:   415.982.3600 |
| 6 | Fax:   415.982.3700 |

Attorneys for Defendant/Cross-Complainant and Cross-Defendant
PALLETS UNLIMITED, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARBUCKS CORPORATION, a corporation, | Case No.  2:13-CV-01754-WBS-CKD |
| Plaintiff, | **[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT PALLETS UNLIMITED, LLC TO RESPOND TO THIRD-PARTY DEFENDANT OZBURN-HESSEY LOGISTICS' WRITTEN DISCOVERY PURSUANT TO WRITTEN STIPULATION** |
| v. | |
| AMCOR PACKAGING DISTRIBUTION, a corporation; AMCOR PACKAGING (USA), INC., a corporation; and PALLETS UNLIMITED, LLC, a limited liability company, | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS. | |

The Court, having reviewed the written Stipulation between Defendant Pallets Unlimited, LLC ("Pallets") and Third-Party Defendant Ozburn-Hessey Logistics ("OHL"), pursuant to L.R. 143 and 144(a), hereby orders as follows:

IT IS ORDERED that the deadline for Pallets to respond, object, and/or make motions related to OHL's Interrogatories, Requests for Production, and Requests

for Admissions to Pallets, served on April 3, 2015, is hereby extended to May 18, 2015.  This is an extension of less than 28 days.

    IT IS SO ORDERED.

Dated:  May 7, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE