Mark S. Newman, Esq., SBN 107012
Manish Parikh, Esq., SBN 244205
BORTON PETRINI, LLP
Post Office Box 277790
Sacramento, California 95827
3110 Gold Canal Drive, Suite A
Rancho Cordova, California 95670
Tel: (916) 858-1212
Fax: (916) 858-1252
Email:  mnewman@bortonpetrini.com
         mparikh@bortonpetrini.com

Attorneys for Defendants Amcor Packaging Distribution; Amcor
Packaging (USA), Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARBUCKS CORPORATION, a corporation,<br><br>          Plaintiff,<br><br>v.<br><br>AMCOR PACKAGING DISTRIBUTION, a corporation; AMCOR PACKAGING (USA), INC., a corporation; and PALLETS UNLIMITED, LLC, a limited liability company,<br><br>          Defendants.<br>――――――――――――――――――――――<br>AND ALL RELATED CROSS-ACTIONS. | Case No. 2:13-CV-01754-WBS-CKD<br><br>Hon. William B. Shubb<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY DATES OF THE SCHEDULING ORDER**<br><br>Complaint Filed:  August 23, 2013 |

Plaintiff Starbucks Corporation ("Starbucks"), Defendants and Cross-Claimants Amcor Packaging Distribution and Amcor Packaging (USA), Inc. (collectively referred to as "Amcor"), Defendant, Cross-Claimant and Third Party Plaintiff Pallets Unlimited, LLC, and Third Party Defendant Ozburn-Hessey Logistics ("OHL") (collectively the "parties"), by and through their respective counsel of record, stipulate as follows:

WHEREAS, on August 23, 2013, Plaintiff Starbucks Corporation filed its complaint against Defendants Amcor Packaging Distribution, Amcor Packaging (USA), Inc., and Pallets Unlimited, LLC;

WHEREAS,  on January 29, 2014, the Court entered a Scheduling Order setting deadlines

1  for the disclosure of experts, completion of expert and non-expert discovery, filing of all motions, except

2  motions for continuance, temporary restraining orders, and other emergency applications, and setting the

3  Final Pretrial Conference and trial dates;

4  WHEREAS, on July 22, 2014, Pallets Unlimited, LLC, filed a third-party complaint against

5  OHL;

6  WHEREAS, on January 16, 2015, the Court entered an order granting in part and denying in

7  party OHL's motion to dismiss Pallets Unlimited's first amended third-party complaint against OHL;

8  WHEREAS, on January 30, 2015, OHL filed its Answer to Pallets Unlimited's first amended

9  third-party complaint;

10  WHEREAS, on February 24, 2015, the parties stipulated to modify the Pre-Trial Order since

11  OHL had just appeared in the matter;

12  WHEREAS, Starbucks noticed the deposition of Pallet Unlimited's PMK in March 2014 for

13  an April 2014 date, and Amcor noticed the deposition of the person most knowledgeable of Pallets

14  Unlimited, LLC, as early as October 2014, but due to the unavailability of the key witness, Jamie

15  Anderson, his deposition was held only recently on July 9, 2015.  His deposition has not been completed

16  and will be finished in the near future.

17  WHEREAS, other depositions could not proceed as the parties agreed the proper sequence

18  was for the first-noticed Pallets Unlimited deposition to take place before proceeding with Starbucks and

19  other depositions, and because it would be best for the status of third-party defendant OHL and its

20  motion to dismiss to be determined prior to proceeding with more depositions.

21  WHEREAS, the depositions of two of Starbucks' employees are now scheduled for July 21

22  and July 30, 2015;

23  WHEREAS, the delay in scheduling the initial depositions has caused a delay in continuing

24  discovery in this matter;

25  WHEREAS, for all of the foregoing reasons, the parties agree that the Scheduling Order

26  should be modified to provide all parties with sufficient time to fairly participate in discovery and file

27  pre-trial motions.

28  NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through

g:\docs\shu\dshu2\inbox\signed\13cv1754 starbucks - stip to modify

STIPULATION MODIFY DATES OF SCHEDULING ORDER          CASE NO. 2:13-CV-01754-GEB-CKD

their respective counsel and subject to the Court's approval, that good cause has been shown and the Scheduling Order shall be modified as follows, subject to further modification upon a showing of good cause under Federal Rule of Civil Procedure 16(b).

Discovery:  The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than December 31, 2015; with regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before January 29, 2016; all non-expert discovery, including depositions for preservation of testimony, shall be so conducted as to be completed by October 5, 2015; all expert discovery shall be so conducted as to be completed by February 28, 2016.

Motion Hearing Schedule:   All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be heard on or before **April 4, 2016**.

Final Pretrial Conference:  The Final Pretrial Conference shall be set for **June 6, 2016 at 2:00 p.m.**

Jury Trial:  The Jury Trial is reset for **August 16, 2016 at 9:00 a.m.**

SO STIPULATED

DATED:  July  20, 2015                              KIRKLAND & ELLIS LLP


                                                   /s/ Michael Shipley
                                                   Michael J. Shipley
                                                   Attorneys for Third-Party Defendant
                                                   Ozburn-Hessey Logistics


DATED:  July  20, 2015                              GIBSON ROBB & LINDH LLP


                                                   /s/ Joshua E. Kirsch
                                                   Joshua E. Kirsch
                                                   Attorneys for Plaintiff
                                                   Starbucks Corporation

/ / /

g:\docs\shu\ds
hu2\inbox\sign
ed\13cv1754
starbucks - stip
to modify

3

STIPULATION MODIFY DATES OF SCHEDULING ORDER            CASE NO. 2:13-CV-01754-GEB-CKD

1   DATED:  July  20, 2015                    JACKSON JENKINS RENSTROM LLP

2

3                                             /s/ John M. Marston
                                              John M. Marston
4                                             Attorneys for Defendant, Cross-
                                              Claimant, and Third-Party Plaintiff
5                                             Pallets Unlimited, LLC

6

7   DATED:  July 20, 2015                     BORTON PETRINI, LLP

8

9                                             /s/ Manish Parikh
                                              Manish Parikh
10                                            Attorneys for Defendants and Cross-
                                              Claimants Amcor Packaging Distribution
11                                            and Amcor Packaging (USA), Inc.

12      **IT IS SO ORDERED.**

13

14  Dated:  July 22, 2015

15                                            WILLIAM B. SHUBB
                                              UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

g:\docs\shu\ds
hu2\inbox\sign
ed\13cv1754
starbucks - stip
to modify

4

STIPULATION MODIFY DATES OF SCHEDULING ORDER          CASE NO. 2:13-CV-01754-GEB-CKD