UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARBUCKS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AMCOR PACKAGING DISTRIBUTION, et al.,<br><br>Defendants. | No.  2:13-1754 WBS CKD<br><br><br><br>ORDER |

Third party defendant Ozburn-Hessey Logistics' motion to compel came on regularly for hearing on July 29, 2015.  David Klein appeared for the third party defendant.  Thomas Moses appeared for defendant and third party plaintiff Pallets Unlimited, LLC.  Manish Parikh appeared for defendant Amcor Packaging.  No appearance was made for plaintiff.  Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

The motion to compel (ECF No. 64) is granted.  Defendant shall provide further responses to the interrogatories, without objections, no later than August 12, 2015.

Dated:  July 29, 2015

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 starbucks1754.oah