PETER K. RENSTROM (SBN 148459)
peter@jjrlaw.com
JEFFREY P. WILSON (SBN 258027)
jwilson@jjrlaw.com
THOMAS J. MOSES (SBN 116002)
tmoses@jjrlaw.com
JACKSON JENKINS RENSTROM LLP
55 Francisco Street, Suite 410
San Francisco, CA 94133
Tel:   415.982.3600
Fax:   415.982.3700

Attorneys for Defendant/Cross-Complainant
and Cross-Defendant
PALLETS UNLIMITED, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| STARBUCKS CORPORATION, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMCOR PACKAGING DISTRIBUTION, a corporation; AMCOR PACKAGING (USA), INC., a corporation; and PALLETS UNLIMITED, LLC, a limited liability company,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No.  2:13-CV-01754-WBS-CKD<br><br>**ORDER GRANTING STIPULATION BETWEEN DEFENDANT PALLETS UNLIMITED, LLC AND DEFENDANT AMCOR PACKAGING (USA) INC. TO EXTEND THE TIME FOR PALLETS UNLIMITED, LLC TO RESPOND TO AMCO'S WRITTEN DISCOVERY** |
|---|---|

   The Court, having reviewed the written Stipulation between Defendant Pallets Unlimited, LLC ("Pallets") and Defendants Amcor Packaging Distribution and/or Amco Packaging (USA) Inc.'s (collectively "Amcor"), pursuant to L.R. 143 and 144(a), hereby orders as follows:

   IT IS ORDERED that the deadline for Pallets to respond, object, and/or make

motions related to Amcor's Interrogatories, Requests for Production, and Requests for Admissions to Pallets, served on July 20, 2015, is hereby extended to September 11, 2015.  This is an extension of less than 28 days.

    IT IS SO ORDERED.

Dated:  August 28, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# **CERTIFICATE OF SERVICE**

Thomas J. Moses, counsel for Pallets Unlimited LLC, hereby certifies that a true and correct copy of the [PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT PALLETS UNLIMITED, LLC TO RESPOND TO AMCOR'S WRITTEN DISCOVERY PURSUANT TO WRITTEN STIPULATION is filed with the Court and served electronically through the CM-ECF (Electronic Case Filing) system to all counsel of record and to those registered to receive a Notice of Electronic Filing for this case on August 28, 2015.

/s/ Thomas J. Moses
THOMAS J. MOSES

1
2163621