Mark S. Newman, Esq., SBN 107012
Manish Parikh, Esq., SBN 244205
BORTON PETRINI, LLP
Post Office Box 277790
Sacramento, California 95827
3110 Gold Canal Drive, Suite A
Rancho Cordova, California 95670
Tel: (916) 858-1212
Fax: (916) 858-1252
Email: mnewman@bortonpetrini.com

Attorneys for Defendants Amcor Packaging Distribution; Amcor Packaging (USA), Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARBUCKS CORPORATION, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMCOR PACKAGING DISTRIBUTION, a corporation; AMCOR PACKAGING (USA), INC., a corporation; and PALLETS UNLIMITED, LLC, a limited liability company,<br><br>Defendants. | Case No. 2:13-cv-01754-GEB-CKD<br><br>**STIPULATION BETWEEN DEFENDANT OZBURN-HESSEY LOGISTICS AND DEFENDANTS AMCOR PACKAGING DISTRIBUTION AND/OR AMCOR PACKAGING (USA) INC. TO EXTEND THE TIME FOR AMCOR TO RESPOND TO OZBURN-HESSEY LOGISTICS' WRITTEN DISCOVERY** |

Defendant Ozburn-Hessey Logistics ("OHL") and defendants Amcor Packaging Distribution and/or Amcor Packaging (USA) Inc. (collectively, "Amcor"), by and through their attorneys of record, pursuant to L.R. 143 and 144(a), hereby stipulate as follows:

The deadline for Amcor to respond, object, and/or make motions related to OHL's written discovery – specifically, OHL's Request for Production, Set Two, served on or about August 26, 2015 – is hereby extended to October 9, 2015.  This is an extension of less than 28 days.

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

DATED: September 25, 2015                BORTON PETRINI, LLP


By    /s/ Mark S. Newman
Mark S. Newman, Attorneys for Defendants Amcor Packaging Distribution; Amcor Packaging (USA), Inc.


DATED: September 25, 2015                KIRKLAND & ELLIS


By    /s/ Michael J. Shipley
Michael J. Shipley, Attorneys for Defendant Ozburn-Hessey Logistics


IT IS SO ORDERED.

Dated: September 28, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

STIPULATION EXTEND TIME RESPOND DISCOVERY                    2:13-CV-01754-GEB-CKD

2