Mark S. Newman, Esq., SBN 107012
Manish Parikh, Esq., SBN 244205
BORTON PETRINI, LLP
Post Office Box 277790
Sacramento, California 95827
3110 Gold Canal Drive, Suite A
Rancho Cordova, California 95670
Tel: (916) 858-1212
Fax: (916) 858-1252
Email:  mnewman@bortonpetrini.com

Attorneys for Defendants Amcor Packaging Distribution; Amcor
Packaging (USA), Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARBUCKS CORPORATION, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMCOR PACKAGING DISTRIBUTION, a corporation; AMCOR PACKAGING (USA), INC., a corporation; and PALLETS UNLIMITED, LLC, a limited liability company,<br><br>Defendants. | Case No. 2:13-CV-01754-GEB-CKD<br><br>**STIPULATION BETWEEN PLAINTIFF STARBUCKS CORPORATION AND DEFENDANTS AMCOR PACKAGING DISTRIBUTION AND/OR AMCOR PACKAGING (USA) INC. TO EXTEND THE TIME FOR AMCOR TO RESPOND TO STARBUCKS CORPORATION'S WRITTEN DISCOVERY** |

Plaintiff Starbucks Corporation ("Starbucks") and defendants Amcor Packaging Distribution and/or Amcor Packaging (USA) Inc. (collectively, "Amcor"), by and through their attorneys of record, pursuant to L.R. 143 and 144(a), hereby stipulate as follows:

The deadline for Amcor to respond, object, and/or make motions related to Starbucks' written discovery – specifically, Starbuck's Request for Production, Set Two, and Request for Admissions, Set Two, served on October 6, 2015, is hereby extended to November 24, 2015.  This is an extension of less than 28 days.

/ / /

/ / /

/ / /

1

2          IT IS SO STIPULATED.

3

DATED: __November 2, 2015_____          BORTON PETRINI, LLP

4

5

                                          By_____/s/ Mark S. Newman_____
6                                            Mark S. Newman, Attorneys for Defendants
                                             Amcor Packaging Distribution; Amcor
7                                            Packaging (USA), Inc.

8

9  DATED: __November 2,  2015_____          GIBSON, ROBB & LINDH, LLP

10

11                                         By_____/s/ Joshua E. Kirsch_____
                                             Joshua E. Kirsch, Attorneys for Plaintiff
12                                           Starbucks Corporation

13

14         IT IS SO ORDERED.

15

16  Dated:  November 5, 2015

17                                         _____
                                           CAROLYN K. DELANEY
18                                         UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

STIPULATION EXTEND TIME RESPOND DISCOVERY                    2:13-CV-01754-GEB-CKD