MICHAEL J. SHIPLEY (SBN 233674)
michael.shipley@kirkland.com
DAVID A. KLEIN (SBN 273925)
david.klein@kirkland.com
GRAHAM B. COLE (SBN 300996)
graham.cole@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California  90071
Telephone:  (213) 680-8400
Facsimile:   (213) 680-8500

Attorneys for Third-Party Defendant
OZBURN-HESSEY LOGISTICS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STARBUCKS CORPORATION, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMCOR PACKAGING DISTRIBUTION, et al.,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | NO. 2:13-CV-01754-WBS-CKD<br><br>**STIPULATION BETWEEN PLAINTIFF STARBUCKS, CORP. AND THIRD-PARTY DEFENDANT OZBURN-HESSEY LOGISTICS AND ORDER TO EXTEND THE TIME FOR OZBURN-HESSEY LOGISTICS TO RESPOND TO STARBUCKS'S WRITTEN DISCOVERY** |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME**

Plaintiff Starbucks Corporation, and Third-Party Defendant Ozburn-Hessey Logistics ("OHL") (collectively, the "parties"), by and through their respective counsel of record, stipulate as follows.

WHEREAS, on October 6, 2015, Plaintiff Starbucks Corporation served Interrogatories and Requests for Admission on Ozburn-Hessey Logistics (the "written discovery").

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel and subject to the Court's approval that the parties agree to extend the deadline to respond to the written discovery until November 23, 2015.  This is an extension of less than twenty-eight (28) days.

SO STIPULATED

DATED:  November 9, 2015                KIRKLAND & ELLIS LLP

/s/ Michael J. Shipley
Michael J. Shipley
Attorneys for Third-Party Defendant
Ozburn-Hessey Logistics

DATED:  November 9, 2015                GIBSON ROBB & LINDH LLP

/s/ Joshua E. Kirsch
as authorized on Nov. 9, 2015
Joshua E. Kirsch
Attorneys for Plaintiff
Starbucks Corporation

**IT IS SO ORDERED.**

Dated:  November 12, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE