Mark S. Newman, Esq., SBN 107012
Manish Parikh, Esq., SBN 244205
BORTON PETRINI, LLP
Post Office Box 277790
Sacramento, California 95827
3110 Gold Canal Drive, Suite A
Rancho Cordova, California 95670
Tel: (916) 858-1212
Fax: (916) 858-1252
Email:  mnewman@bortonpetrini.com
         mparikh@bortonpetrini.com

Attorneys for Defendants Amcor Packaging Distribution; Amcor Packaging (USA), Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARBUCKS CORPORATION, a corporation, | Case No. 2:13-CV-01754-WBS-CKD |
| Plaintiff, | Hon. William B. Shubb |
| v. | **STIPULATION AND [PROPOSED] ORDER TO MODIFY DATES OF THE SCHEDULING ORDER** |
| AMCOR PACKAGING DISTRIBUTION, a corporation; AMCOR PACKAGING (USA), INC., a corporation; and PALLETS UNLIMITED, LLC, a limited liability company, | Complaint Filed:  August 23, 2013 |
| Defendants. | |
| AND ALL RELATED CROSS-ACTIONS. | |

Plaintiff Starbucks Corporation ("Starbucks"), Defendants and Cross-Claimants Amcor Packaging Distribution and Amcor Packaging (USA), Inc. (collectively referred to as "Amcor"), Defendant, Cross-Claimant and Third-Party Plaintiff Pallets Unlimited, LLC, and Third-Party Defendant Ozburn-Hessey Logistics ("OHL") (collectively the "parties"), by and through their respective counsel of record, stipulate as follows:

WHEREAS, on August 23, 2013, Plaintiff Starbucks Corporation filed its complaint against Defendants Amcor Packaging Distribution, Amcor Packaging (USA), Inc., and Pallets Unlimited, LLC;

WHEREAS, on January 29, 2014, the Court entered a Scheduling Order setting deadlines for the disclosure of experts, completion of expert and non-expert discovery, filing of all motions, except motions for continuance, temporary restraining orders, and other emergency applications, and setting the Final Pretrial Conference and trial dates;

WHEREAS, on July 22, 2014, Pallets Unlimited, LLC, filed a third-party complaint against OHL;

WHEREAS, on January 16, 2015, the Court entered an order granting in part and denying in part OHL's motion to dismiss Pallets Unlimited's first amended third-party complaint against OHL;

WHEREAS, on January 30, 2015, OHL filed its Answer to Pallets Unlimited's first amended third-party complaint;

WHEREAS, on February 24, 2015, the parties stipulated to modify the Pre-Trial Order since OHL had just appeared in the matter;

WHEREAS, on July 31, 2015, the parties stipulated to modify the Pre-Trial Order to extend some of the discovery deadlines because a key witness in the matter was not available for deposition;

WHEREAS, on November 5, 2015, the parties stipulated to modify the Pre-Trial Order to extend some of the discovery deadlines;

WHEREAS, the current discovery deadline is November 30, 2015, and the parties have been conducting written discovery and depositions to meet that deadline. The parties believe that substantial discovery has been conducted close to the discovery deadline and they would need additional time to review the same with their clients, carriers, and experts.

WHEREAS, all parties agree that their counsel, experts, clients, and carrier representatives may have vacations planned for the month of December and, therefore, it would be prudent to extend just the expert discovery to February 1, 2016, to provide all parties sufficient time to fairly participate in discovery and file pre-trial motions.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel and subject to the Court's approval, that good cause has been shown and the Scheduling Order shall be modified as follows, subject to further modification upon a showing of good

1 cause under Federal Rule of Civil Procedure 16(b).

2     <u>Discovery</u>: The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than February 1, 2016; with regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before February 29, 2016; all expert discovery shall be so conducted as to be completed by April 1, 2016.

    SO STIPULATED

DATED: November 10, 2015                                    KIRKLAND & ELLIS LLP

                                                     /s/ David A. Klein
                                                     David A. Klein
                                                     Attorneys for Third-Party Defendant
                                                     Ozburn-Hessey Logistics

DATED: November 10, 2015                                    GIBSON ROBB & LINDH LLP

                                                     /s/ Joshua E. Kirsch
                                                     Joshua E. Kirsch
                                                     Attorneys for Plaintiff
                                                     Starbucks Corporation

DATED: November 10, 2015                                  JACKSON JENKINS RENSTROM LLP

                                                     /s/ John M. Marston
                                                     John M. Marston
                                                     Attorneys for Defendant, Cross-
                                                     Claimant, and Third-Party Plaintiff
                                                     Pallets Unlimited, LLC

/ / / /

/ / / /

/ / / /

DATED: November 10, 2015                         BORTON PETRINI, LLP

/s/ Manish Parikh
Manish Parikh
Attorneys for Defendants and Cross-
Claimants Amcor Packaging Distribution
and Amcor Packaging (USA), Inc.

**IT IS SO ORDERED.**

Dated: November 10, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4

STIPULATION MODIFY DATES OF SCHEDULING ORDER         CASE NO. 2:13-CV-01754-GEB-CKD

g:\docs\shu\dshu2\inbox\signed\13cv1754 starbucks - stip to modify