Mark S. Newman, Esq., SBN 107012
Manish Parikh, Esq., SBN 244205
BORTON PETRINI, LLP
Post Office Box 277790
Sacramento, California 95827
3110 Gold Canal Drive, Suite A
Rancho Cordova, California 95670
Tel: (916) 858-1212
Fax: (916) 858-1252
Email:  mnewman@bortonpetrini.com
        mparikh@bortonpetrini.com

Attorneys for Defendants Amcor Packaging Distribution; Amcor Packaging (USA), Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARBUCKS CORPORATION, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMCOR PACKAGING DISTRIBUTION, a corporation; AMCOR PACKAGING (USA), INC., a corporation; and PALLETS UNLIMITED, LLC, a limited liability company,<br><br>Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS. | Case No. 2:13-CV-01754-WBS-CKD<br><br>Hon. William B. Shubb<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER TO MODIFY DATES OF THE SCHEDULING ORDER**<br><br>Complaint Filed:  August 23, 2013 |

Plaintiff Starbucks Corporation ("Starbucks"), Defendants and Cross-Claimants Amcor Packaging Distribution and Amcor Packaging (USA), Inc. (collectively referred to as "Amcor"), Defendant, Cross-Claimant and Third-Party Plaintiff Pallets Unlimited, LLC, and Third-Party Defendant Ozburn-Hessey Logistics ("OHL") (collectively the "parties"), by and through their respective counsel of record, stipulate as follows:

WHEREAS, the parties stipulated and the Court ordered that all motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before December 23, 2015;

WHEREAS, thereafter, the parties stipulated and the Court ordered that all motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be heard on or before April 4, 2016;

WHEREAS, it was the intent of the parties through their prior stipulations to move the latest summary judgment and adjudication hearing date to April 4, 2016, with the parties to file motions in time for such a hearing under the schedule provided under the Court's Local Rules.

NOW THEREFORE, to resolve any potential ambiguity, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel and subject to the Court's approval, that good cause has been shown and the Scheduling Order shall be clarified as follows, subject to further modification upon a showing of good cause under Federal Rule of Civil Procedure 16(b).

<u>Motions</u>:  Any motions for summary judgment and adjudication shall be filed within sufficient time under the Local Rules of the Eastern District of California that said motions may be heard no later than April 4, 2016.

/ / /

/ / /

IT IS SO STIPULATED.

DATED:  December 10, 2015				KIRKLAND & ELLIS LLP


						/s/  Michael J. Shipley
						Michael J. Shipley
						Attorneys for Third-Party Defendant
						Ozburn-Hessey Logistics


DATED:  December 10, 2015				GIBSON ROBB & LINDH LLP


						/s/  Joshua E. Kirsch
						Joshua E. Kirsch
						Attorneys for Plaintiff
						Starbucks Corporation

| | | |
|---|---|---|
| 1 | DATED:  December 10, 2015 | JACKSON JENKINS RENSTROM LLP |
| 2 | | |
| 3 | | /s/ John M. Marston<br>John M. Marston |
| 4 | | Attorneys for Defendant, Cross-<br>Claimant, and Third-Party Plaintiff |
| 5 | | Pallets Unlimited, LLC |
| 6 | DATED:  December 10, 2015 | BORTON PETRINI, LLP |
| 7 | | |
| 8 | | /s/ Manish Parikh<br>Manish Parikh |
| 9 | | Attorneys for Defendants and Cross-<br>Claimants Amcor Packaging Distribution |
| 10 | | and Amcor Packaging (USA), Inc. |

**IT IS SO ORDERED.**

Dated:  December 10, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE