Mark S. Newman, Esq., SBN 107012
Manish Parikh, Esq., SBN 244205
BORTON PETRINI, LLP
Post Office Box 277790
Sacramento, California 95827
3110 Gold Canal Drive, Suite A
Rancho Cordova, California 95670
Tel: (916) 858-1212
Fax: (916) 858-1252
Email:  mnewman@bortonpetrini.com
        mparikh@bortonpetrini.com

Attorneys for Defendants Amcor Packaging Distribution; Amcor Packaging (USA), Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARBUCKS CORPORATION, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMCOR PACKAGING DISTRIBUTION, a corporation; AMCOR PACKAGING (USA), INC., a corporation; and PALLETS UNLIMITED, LLC, a limited liability company,<br><br>Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS. | Case No. 2:13-CV-01754-WBS-CKD<br><br>Hon. William B. Shubb<br><br>**STIPULATION AND ORDER TO MODIFY DATES OF THE SCHEDULING ORDER**<br><br>Complaint Filed:  August 23, 2013 |

Plaintiff Starbucks Corporation ("Starbucks"), Defendants and Cross-Claimants Amcor Packaging Distribution and Amcor Packaging (USA), Inc. (collectively referred to as "Amcor"), Defendant, Cross-Claimant and Third-Party Plaintiff Pallets Unlimited, LLC, and Third-Party Defendant Ozburn-Hessey Logistics ("OHL") (collectively the "parties"), by and through their respective counsel of record, stipulate as follows:

WHEREAS, the parties had previously stipulated and the Court ordered that the parties shall disclose experts and produce reports in accordance with Federal Rules of Civil Procedure, rule 26(a)(2) no later than February 1, 2016; with regard to expert testimony intended solely for rebuttal, those experts

1  shall be disclosed and reports produced in accordance with Federal Rules of Civil Procedure, rule
2  26(a)(2) on or before February 29, 2016; all expert discovery shall be so conducted as to be completed
3  by April 1, 2016.

4  WHEREAS, Pallets Unlimited, LLC had filed a motion to modify the scheduling order to
5  seek further fact discovery and OHL has opposed that motion, which was pending before the Court for
6  decision.  In light of such a motion being filed, some of the parties believed that their experts will not
7  have all the information necessary to prepare their reports and will not be able to make their initial
8  reports in the short time left before the deadline for expert disclosure.  The Court recently made a
9  decision on the order, denying the motion.  Nevertheless, in the short time available, the experts will not
10 be able to make their reports.

11 WHEREAS, it is the intent of the parties to move the expert disclosure and rebuttal dates
12 forward by two weeks at this time to give all parties sufficient time to disclose their experts.

13 WHEREAS, the parties have been discussing moving the trial date for two months and will
14 shortly file another stipulation regarding same.

15 NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through
16 their respective counsel and subject to the Court's approval, that good cause has been shown and the
17 Scheduling Order shall be clarified as follows, subject to further modification upon a showing of good
18 cause under Federal Rules of Civil Procedure, rule 16(b).

19 <u>Expert Discovery</u>:  The parties shall disclose experts and produce reports in accordance with
20 Federal Rules of Civil Procedure, rule 26(a)(2), no later than February 16, 2016; with regard to expert
21 testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in
22 accordance with Federal Rules of Civil Procedure, rule 26(a)(2), on or before March 15, 2016.

23 IT IS SO STIPULATED.

25 DATED: January 28, 2016                KIRKLAND & ELLIS LLP

27 /s/ Michael J. Shipley
   Michael J. Shipley
28 Attorneys for Third-Party Defendant
   Ozburn-Hessey Logistics

DATED:  January  28, 2016               GIBSON ROBB & LINDH LLP

                                                /s/ Joshua E. Kirsch
                                                Joshua E. Kirsch
                                                Attorneys for Plaintiff
                                                Starbucks Corporation

DATED:  January  28, 2016               JACKSON JENKINS RENSTROM LLP

                                                /s/ John M. Marston
                                                John M. Marston
                                                Attorneys for Defendant, Cross-
                                                Claimant, and Third-Party Plaintiff
                                                Pallets Unlimited, LLC

DATED:  January 28, 2016                BORTON PETRINI, LLP

                                                /s/ Manish Parikh
                                                Manish Parikh
                                                Attorneys for Defendants and Cross-
                                                Claimants Amcor Packaging Distribution
                                                and Amcor Packaging (USA), Inc.

**IT IS SO ORDERED.**

Dated:  February 1, 2016

                                                _____
                                                CAROLYN K. DELANEY
                                                UNITED STATES MAGISTRATE JUDGE