PETER K. RENSTROM (SBN 148459)
peter@jjrlaw.com
JOHN M. MARSTON (SBN 240804)
jmarston@jjrlaw.com
JACKSON JENKINS RENSTROM LLP
55 Francisco Street, Suite 410
San Francisco, CA 94133
Tel:   415.982.3600
Fax:   415.982.3700

Attorneys for Defendant/
Cross-Claimant and Cross-Defendant
PALLETS UNLIMITED, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARBUCKS CORPORATION, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMCOR PACKAGING DISTRIBUTION, a corporation; AMCOR PACKAGING (USA), INC., a corporation; and PALLETS UNLIMITED, LLC, a limited liability company,<br><br>Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS. | Case No. 2:13-CV-01754-WBS-CKD<br><br>Hon. William B. Shubb<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY DATES OF THE SCHEDULING ORDER**<br><br>Complaint Filed: August 23, 2013 |

Plaintiff Starbucks Corporation ("Starbucks"), Defendants and Cross-Claimants Amcor Packaging Distribution and Amcor Packaging (USA), Inc. (collectively referred to as "Amcor"), Defendant, Cross-Claimant and Third-Party Plaintiff Pallets Unlimited, LLC, and Third-Party Defendant Ozburn-Hessey Logistics ("OHL") (collectively the "parties"), by and through their respective counsel of record, stipulate as follows:

WHEREAS, the parties indicated in their last Stipulation that they would be filing a new Stipulation regarding a continuance of the trial date and, in accordance, all parties

1

met and conferred and agreed to stipulate as follows:

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel and subject to the Court's approval, that good cause has been shown and the Scheduling Order shall be clarified as follows, subject to further modification upon a showing of good cause under Federal Rules of Civil Procedure, rule 16(b).

<u>Expert Discovery</u>:  The parties shall disclose experts and produce reports in accordance with Federal Rules of Civil Procedure, rule 26(a)(2), no later than March 8, 2016; with regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rules of Civil Procedure, rule 26(a)(2), on or before March 29, 2016.  The closure for expert discovery shall be May 6, 2016.

<u>Motion Deadline</u>:  The parties hereto agree that the deadline for the filing of motions in this matter shall be July 1, 2016.

<u>Pre-Trial Conference</u>:  It is hereby stipulated between the parties that the Pre-Trial Conference shall be held on **September 12, 2016 at 1:30 p.m.**

<u>Trial Date</u>:  The parties hereby stipulate that the trial in this matter shall be scheduled for **November 8, 2016 at 9:00 a.m.**

IT IS SO STIPULATED.

DATED:  February 10, 2016          KIRKLAND & ELLIS LLP


/s/ Michael J. Shipley
Michael J. Shipley
Attorneys for Third-Party Defendant
Ozburn-Hessey Logistics


DATED:  February 10, 2016          GIBSON ROBB & LINDH LLP


/s/ Joshua E. Kirsch
Joshua E. Kirsch
Attorneys for Plaintiff
Starbucks Corporation

| | | |
|---|---|---|
| 1 | DATED:  February 10, 2016 | JACKSON JENKINS RENSTROM LLP |

/s/ John M. Marston
John M. Marston
Attorneys for Defendant, Cross-Claimant, and Third-Party Plaintiff Pallets Unlimited, LLC

DATED:  February 10, 2016    BORTON PETRINI, LLP

/s/ Manish Parikh
Manish Parikh
Attorneys for Defendants and Cross-Claimants Amcor Packaging Distribution and Amcor Packaging (USA), Inc.

**IT IS SO ORDERED.**

Dated:  February 11, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE