PETER K. RENSTROM (SBN 148459)
peter@jjrlaw.com
JOHN M. MARSTON (SBN 240804)
jmarston@jjrlaw.com
TODD M. THACKER (SBN 199506)
tthacker@jjrlaw.com
JEFFREY P. WILSON (SBN 258027)
Jwilson@jjrlaw.com
JACKSON JENKINS RENSTROM LLP
55 Francisco Street, Suite 410
San Francisco, CA 94133
Tel:   415.982.3600
Fax:   415.982.3700

Attorneys for Defendant/Cross-Complainant
and Cross-Defendant
PALLETS UNLIMITED, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARBUCKS CORPORATION, a corporation, <br><br> Plaintiff, <br><br> v. <br><br> AMCOR PACKAGING DISTRIBUTION, a corporation; AMCOR PACKAGING (USA), INC., a corporation; and PALLETS UNLIMITED, LLC, a limited liability company, <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS. | Case No. 2:13-CV-01754-WBS-CKD <br><br> **STIPULATION AND [PROPOSED] ORDER TO MODIFY DATES OF THE SCHEDULING ORDER** <br><br> Complaint Filed: August 23, 2013 <br><br> Date:  TBD <br> Time:  10:00 AM <br> Courtroom:  24 <br> Judge:  Hon. Carolyn K. Delaney |

Plaintiff Starbucks Corporation ("Starbucks"), Defendants and Cross-Claimants Amcor Packaging Distribution and Amcor Packaging (USA), Inc. (collectively referred to as "Amcor"), Defendant, Cross-Complainant and Third-

Party Pallets Unlimited, LLC ("Pallets"), and Third-Party Defendant Ozburn-Hessey Logistics ("OHL") (collectively the "parties"), by and through their respective counsel of record, pursuant to L.R. 143 and 144, hereby stipulate as follows:

WHEREAS, the parties had previously stipulated and the Court ordered the following modifications: that the parties shall disclose experts and produce reports in accordance with Federal Rules of Civil Procedure, rule 26(a)(2), no later than March 8, 2016; with regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rules of Civil Procedure, rule 26(a)(2), on or before March 29, 2016. The closure for expert discovery shall be conducted as to be completed by May 6, 2016. The deadline for the filing of motions in this matter shall be July 1, 2016. The Pre-Trial Conference shall be held on September 2, 2016. Trial in this matter shall be scheduled for November 8, 2016.

WHEREAS, it is the intent of the parties to move the expert disclosure and rebuttal dates forward by two weeks at this time to give all parties sufficient time to disclose their experts.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel and subject to the Court's approval, that good cause has been shown and the Scheduling Order shall be clarified as follows, subject to further modification upon a showing of good cause under Federal Rules of Civil Procedure, rule 16(b).

Expert Discovery: The parties shall disclose experts and produce reports in accordance with Federal Rules of Civil Procedure, rule 26(a)(2), no later than March 22, 2016; with regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rules of Civil Procedure, rule 26(a)(2), on or before April 12, 2016. The closure for expert discovery shall be conducted as to be completed by May 20, 2016.

1     IT IS SO STIPULATED.

2                        **Signature Pages:**

3 Dated: March 2, 2016        JACKSON JENKINS RENSTROM LLP

4

5                               By: /s/ John M. Marston

6                                   John M. Marston
                                  Attorneys for Defendant/Cross-
7                                   Complainant and Cross-Defendant
                                  PALLETS UNLIMITED, LLC
8

9 Dated: March 2, 2016        GIBSON ROBB & LINDH LLP

10

11                               By: /s/ Joshua Kirsch

12                                   Joshua Kirsch
                                  Attorneys for Plaintiff
13                                   STARBUCKS CORPORATION

14 Dated: March 2, 2016        BORTON PETRINI, LLP

15

16                               By: /s/ Manish Parikh

17                                   Manish Parikh
                                  Attorneys for Defendant/Cross-Complainant
18                                   DEFENDANTS AMCOR PACKAGING
                                  DISTRIBUTION AND/OR AMCOR
19                                   PACKAGING (USA) INC.

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

**Signature Pages-Continued:**

RE: STIPULATION AND ORDER TO MODIFY DATES OF THE SCHEDULING ORDER

Dated: March 2, 2016    KIRKLAND & ELLIS

By:  /s/ Michael Shipley
Michael Shipley
David Klein
Attorneys for Cross-Defendant
Ozburn-Hessey Logistics

**IT IS SO ORDERED.**

Dated: March 7, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE