MICHAEL J. SHIPLEY (SBN 233674)
michael.shipley@kirkland.com
DAVID A. KLEIN (SBN 273925)
david.klein@kirkland.com
GRAHAM COLE (SBN 300996)
graham.cole@kirkand.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California  90071
Telephone:  (213) 680-8400
Facsimile:   (213) 680-8500

Attorneys for Cross-Defendant
OZBURN-HESSEY LOGISTICS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STARBUCKS CORPORATION, | NO. 2:13-CV-01754-WBS-CKD |
| Plaintiff, | Hon. Carolyn K. Delaney |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF THE EXPERT DISCOVERY CUTOFF IN THE SCHEDULING ORDER** |
| AMCOR PACKAGING DISTRIBUTION, *et al.*, | |
| Defendants. | Complaint Filed:  August 23, 2013<br>Trial Date: November 8, 2016 |
| AND RELATED CROSS-ACTIONS | |

STIPULATION RE EXPERT DISCOVERY CUTOFF

## JOINT STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF THE EXPERT DISCOVERY CUTOFF IN THE SCHEDULING ORDER

Plaintiff Starbucks Corporation, Defendants and Cross-Claimants Amcor Packaging Distribution and Amcor Packaging (USA), Inc., Defendant, Cross-Claimant and Third- Party Claimant Pallets Unlimited, LLC, and Third-Party Defendant Ozburn-Hessey Logistics, by and through their respective counsel of record, pursuant to L.R. 143 and 144, hereby stipulate as follows:

**WHEREAS**, the Parties in the above-captioned matter have been diligently proceeding with the completion of discovery;

**WHEREAS,** the Parties competed the exchange of all expert witness disclosures and reports (including materials intended solely for rebuttal) by the April 12, 2016 deadline for the completion of expert disclosures set by the Court's current scheduling order (the "Order"), most recently modified on March 7, 2016;

**WHEREAS**, the Order set a May 20, 2016 date for the completion of all expert discovery;

**WHEREAS**, the Parties have disclosed a greater number of expert witnesses than any of the Parties had anticipated, including several expert witnesses located outside of California, making it difficult to coordinate travel for and complete the depositions of the Parties' disclosed experts by May 20, 2016;

**WHEREAS**, to accommodate the Parties' and their expert witnesses' schedules, the Parties agree that an extension of the expert discovery cutoff date will further the just, speedy, and inexpensive resolution of this action;

**AND WHEREAS**, the extension contemplated by the Parties will not require further extension of any of the existing deadlines set forth in the Order, including the July 1, 2016 cutoff date for filing dispositive motions, the September 2, 2016 pretrial conference and the November 8, 2016 jury trial.

**NOW THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, and subject to the Court's approval, that good cause has been shown under

STIPULATION RE EXPERT DISCOVERY CUTOFF

Rule 16(b) of the Federal Rules of Civil Procedure, to extend the deadline for the completion of expert discovery to **June 27, 2016** and the deadline for discovery motions addressed to expert discovery to **August 16, 2016**. The deadline for dispositive motions shall remain **July 1, 2016**. All other dates in the Order shall remain unchanged.

**IT IS SO STIPULATED.**

DATED:  April 19, 2016                    KIRKLAND AND ELLIS LLP

/s/ Michael Shipley
Michael Shipley
David Klein
Graham Cole

*Attorneys for Third Party Defendant Ozburn-Hessey Logistics*

DATED:  April 19, 2016                    GIBSON ROBB & LINDH LLP

/s/ Joshua Kirsch
Joshua Kirsch

*Attorneys for Plaintiff Starbucks Corporation*

DATED:  April 19, 2016                    BORTON PETRINI, LLP

/s/ Manish Parikh
Manish Parikh

*Attorneys for Defendant/Cross-Claimant*
*Amcor Packaging Distribution*
*Amcor Packaging (USA) Inc.*

STIPULATION RE EXPERT DISCOVERY CUTOFF

| | | |
|---|---|---|
| 1 | DATED: April 19, 2016 | JACKSON JENKINS RENSTROM LLP |
| 2 | | |
| 3 | | /s/ John M. Marston |
| 4 | | John M. Marston |
| 5 | | |
| 6 | | *Attorneys for Defendant/Cross Claimant, and Third Party Claimant Pallets Unlimited, LLC* |

**IT IS SO ORDERED.**

Dated: April 26, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

STIPULATION RE EXPERT DISCOVERY CUTOFF