JOSHUA E. KIRSCH (179110)
GIBSON ROBB & LINDH LLP
201 Mission Street, Suite 2700
San Francisco, California  94105
Telephone:    (415) 348-6000
Facsimile:    (415) 348-6001
Email:        jkirsch@gibsonrobb.com

Attorneys for Plaintiff
STARBUCKS CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARBUCKS CORPORATION, a corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>AMCOR PACKAGING DISTRIBUTION, a corporation; AMCOR PACKAGING (USA), INC., a corporation; and PALLETS UNLIMITED, LLC, a limited liability company,<br><br>          Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS | Case No. 2:13-CV-01754-WBS-CKD<br><br>**JOINT STIPULATION TO CONTINUE PRETRIAL CONFERENCE AND RELATED FILING DEADLINES; [PROPOSED] ORDER THEREON**<br><br>**PTC Date:**   September 12, 2016<br>**Time:**        1:30 p.m.<br>**Courtroom:** 5<br>**Judge:**       Hon. William B. Shubb<br><br>Complaint Filed: August 23, 2013<br>Trial Date:       November 8, 2016 |

IT IS HEREBY JOINTLY REQUESTED AND STIPULATED by and between all parties that the Pretrial Conference of September 12, 2016, be continued to September 26, 2016 at 1:30 p.m., or another similar date of the Court's choice.  The parties do not request that the trial date of November 8, 2016 be changed.  The parties request this continuance due to pending mediation which is scheduled to take place on August 16, 2016 with retired federal District Judge Raul Ramirez.  The parties hope to conserve and dedicate resources toward a possible mediated

1  settlement, and thus seek this continuance in order to postpone pre-trial filing deadlines.  The
2  parties further stipulate and request that the filing deadlines related to the new Pretrial
3  Conference date be calculated with respect to that new date.
4      Undersigned counsel for Plaintiff, Joshua E. Kirsch, certifies that all electronic signatures
5  below have been duly authorized by signatory counsel per ECF Rule § 2(f)(4).
6  **IT IS SO STIPULATED.**

7  Date: July 12, 2016    GIBSON ROBB & LINDH LLP

8  /s/ JOSHUA E. KIRSCH
    Joshua E. Kirsh
9      Attorneys for Plaintiff
    STARBUCKS CORPORATION

10

11  Date: July 12, 2016    KIRKLAND & ELLIS LLP

12  /s/ MICHAEL JOHN SHIPLEY
    Michael John Shipley
13      Attorneys for Cross-Defendant
    OZBURN-HESSEY LOGISTICS

14

15  Date: July 12, 2016    JACKSON JENKINS RENSTROM LLP

16  /s/ JOHN M. MARSTON
    John M. Marston
17      Attorneys for Attorneys for
    Defendant/Cross-Complainant and
18      Cross-Defendant
    PALLETS UNLIMITED

19

20  Date: July 12, 2016    BORTON PETRINI, LLP

21  /s/ MANISH PARIKH
    Manish Parikh
22      Attorneys for Defendants/Cross Claimants
    AMCOR PACKAGING DISTRIBUTION
23      AND AMCOR PACKAGING (USA), INC.

24  IT IS SO ORDERED.

26  Dated:  July 12, 2016

    WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE