1  JOSHUA E. KIRSCH (179110)
   GIBSON ROBB & LINDH LLP
2  201 Mission Street, Suite 2700
   San Francisco, California  94105
3  Telephone:    (415) 348-6000
   Facsimile:    (415) 348-6001
4  Email:        jkirsch@gibsonrobb.com

5

6  Attorneys for Plaintiff
   STARBUCKS CORPORATION
7

8

9

10

11                   UNITED STATES DISTRICT COURT

12                   EASTERN DISTRICT OF CALIFORNIA

13
   STARBUCKS CORPORATION, a
14 corporation,                          Case No.  2:13-cv-01754 WBS CKD

15                                        **JOINT STIPULATION FOR REQUEST**
               Plaintiff,                 **FOR REFERRAL TO A MAGISTRATE**
16                                        **JUDGE FOR SETTLEMENT**
                                          **CONFERENCE; [~~PROPOSED~~] ORDER**
17        v.                              **THEREON**

18

19 AMCOR PACKAGING DISTRIBUTION, a
   corporation; AMCOR PACKAGING (USA),
20 INC., a corporation; and PALLETS
   UNLIMITED, LLC, a limited liability
21 company,

22
               Defendants.
23 _____

24 AND ALL RELATED CROSS-ACTIONS        Complaint Filed: August 23, 2013
25 _____  Trial Date: November 8, 2016

26        Starbucks Corporation ("Starbucks") and Amcor Packaging Distribution ("Amcor")

27 stipulate to a request for referral to a magistrate judge to conduct a settlement conference between

28 those two parties (the other parties to this action have settled out of the case and will be

dismissed very soon).  At the Pretrial conference held on September 26, 2016, the parties advised the Court that they intended to return to retired Judge Raul Ramirez ("Judge Ramirez") for a second session of private mediation (the first session having been held on August 16, 2016); however, the parties learned on September 28, 2016 Judge Ramirez's mediation calendar may not allow for suitable availability.  Therefore, the parties to this stipulation request referral to a sitting magistrate judge who can conduct a settlement conference on October 13, 2016 (a date on which all parties, representatives, and counsel are available) or another agreeable date no later than October 14, 2016.  The parties are amenable to any available magistrate judge, including the magistrate judge assigned to this case.  Accordingly, the parties are also submitting the Waiver of Disqualification form.

Joshua E. Kirsch, attests that approval from all counsel has been obtained in authorization of the submission of this document on their behalf.

**IT IS SO STIPULATED.**


Dated:  September 28, 2016                    GIBSON ROBB & LINDH LLP


                                             /s/ JOSHUA E. KIRSCH
                                             Joshua E. Kirsch, Esq.
                                             jkirsch@gibsonrobb.com
                                             Attorneys for Plaintiff
                                             STARBUCKS CORPORATION


Dated:  September 28, 2016                    BORTON PETRINI, LLP

                                             /s/ STEPHEN RUEHMANN
                                             Stephen Ruehmann, Esq.
                                             sruehmann@bortonpetrini.com
                                             Attorneys for Defendants/Cross Claimants
                                             AMCOR PACKAGING DISTRIBUTION
                                             AND AMCOR PACKAGING (USA), INC.

1    **IT IS SO ORDERED.**

2

3    Dated:  September 29, 2016

4    _____
     WILLIAM B. SHUBB
5    UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28