JOSHUA E. KIRSCH (179110)
GIBSON ROBB & LINDH LLP
201 Mission Street, Suite 2700
San Francisco, California 94105
Telephone: (415) 348-6000
Facsimile: (415) 348-6001
Email: jkirsch@gibsonrobb.com

Attorneys for Plaintiff
STARBUCKS CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARBUCKS CORPORATION, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMCOR PACKAGING DISTRIBUTION, a corporation; AMCOR PACKAGING (USA), INC., a corporation; and PALLETS UNLIMITED, LLC, a limited liability company,<br><br>Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS | Case No.: 2:13-cv-01754 WBS DB<br><br>**NOTICE OF SETTLEMENT AND STIPULATION FOR REQUEST TO SET STATUS CONFERENCE RE SETTLEMENT STATUS; [PROPOSED] ORDER THEREON**<br><br><br><br>Complaint Filed: August 23, 2013<br>Trial Date: November 8, 2016 |

The parties to this action are pleased to report that the matter settled at mediation on October 13, 2016. The parties therefore request that the October 17, 2016 further Pretrial Conference and the November 8, 2016 trial date be vacated. The parties intend to exchange settlement paperwork and consideration, and to file a dismissal with prejudice of the entire action, within 45 days of the settlement date. The parties therefore request that the Court set this matter for a Status Conference re Settlement or similar court appearance on or about November 28, 2016, on which date counsel for the parties shall appear before the Court and show cause if the parties have not filed their stipulation of dismissal by such date.

1  Undersigned counsel for Plaintiff, Joshua E. Kirsch, certifies that all electronic signatures
2  below have been duly authorized by signatory counsel per ECF Rule § 2(f)(4).
3  **IT IS SO STIPULATED.**
4                                          Respectfully submitted,
5  Dated: October 14, 2016                 GIBSON ROBB & LINDH LLP
6
                                           /s/ JOSHUA E. KIRSCH
7                                          Joshua E. Kirsch, Esq.
                                           jkirsch@gibsonrobb.com
8                                          Attorneys for Plaintiff
                                           STARBUCKS CORPORATION
9
10 Dated: October 14, 2016                 WALKER WILCOX MATOUSEK LLP
11
                                            /s/ EDWARD P. GIBBONS
12                                         Edward P. Gibbons, Esq.
                                           Egibbons@wwmlawyers.com
13                                         Attorneys for Defendants/Cross Claimants
                                           AMCOR PACKAGING DISTRIBUTION
14                                         and AMCOR PACKAGING (USA), INC.
15 Dated: October 14, 2016                 BORTON PETRINI, LLP
16
                                            /s/ STEPHEN RUEHMANN
17                                         Stephen Ruehmann, Esq.
                                           sruehmann@bortonpetrini.com
18                                         Attorneys for Defendants/Cross Claimants
                                           AMCOR PACKAGING DISTRIBUTION
19                                         and AMCOR PACKAGING (USA), INC.
20 **IT IS SO ORDERED.**
21 The parties are ordered to appear by counsel at a Status Conference re Settlement on
22 November 28, 2016 at 1:30 p.m. in Courtroom 5 of this Court to show cause why stipulation of
23 dismissal of the entire action has not been filed.  If a stipulation of dismissal has been filed by the
24 parties no later than November 21, 2016, no  appearance is required.

Dated:  October 14, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE